657 A.2d 434

IN THE MATTER OF CHARMAN T. HARVEY,
AN ATTORNEY AT LAW.

May 3, 1995.

**ORDER**

The Disciplinary Review Board having filed a report with the Supreme Court recommending that **CHARMAN T. HARVEY** of **NEWARK,** who was admitted to the bar of this State in 1977, be suspended from the practice of law for a period of one year for violation of *RPC* 1.1(a) (gross neglect and pattern of neglect); *RPC* 1.3 (failure to act with reasonable diligence); *RPC* 1.4 (failure to communicate); *RPC* 1.15 (failure to properly maintain trust account); and *RPC* 8.4(c) (conduct involving fraud, dishonesty, deceit or misrepresentation), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are hereby adopted and respondent is suspended from the practice for a period of one year, effective

May 26, 1995, and until the further Order of the Court; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this Order and the full record of the matter, be added as a permanent part of the file of said **CHARMAN T. HARVEY** as an attorney at law of the State of New Jersey; and it is further

ORDERED that **CHARMAN T. HARVEY** be and hereby is restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that no application for restoration be made until all pending ethics proceedings against respondent have been concluded; and it is further

ORDERED that **CHARMAN T. HARVEY** reimburse the Disciplinary Oversight Committee for appropriate administrative costs.